JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SHANLEY, | Case No. CV 12-8072-DMG (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| SAN LUIS OBISPO COUNTY, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 1, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE